UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CV-00010-RJC-DSC

| JAMES KELLY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the Plaintiff's motion to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion"). (Doc. No. 11).

For good cause shown, and without objection from the Defendant, **IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED**. This matter is hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

Signed: May 4, 2022

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge